■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ANTHONY BELCHER, Appellant. [695 NYS2d 575] —Appeal by the defendant from a judgment of the Supreme Court, Kings County (Lipp, J.), rendered May 16, 1997, convicting him of robbery in the second degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant contends that the trial court erred in determining, over his objection, that the People had established a prima facie case of discrimination in support of a reverse *Batson* challenge (*see, Batson v Kentucky,* 476 US 79; *People v Payne,* 88 NY2d 172; *People v Kern,* 75 NY2d 638, *cert denied* 498 US 824). However, because the court ruled on the ultimate issue of whether the race-neutral reasons proffered by the defense were pretextual, the issue of whether or not the People established a prima facie case of discrimination is academic (*see, People v Payne, supra,* at 181-182; *People v Franklin,* 248 AD2d 726; *People v Hill,* 245 AD2d 464). Ritter, J. P., Thompson, Altman and Friedmann, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v TROY BROOKS, Appellant. [695 NYS2d 297] —Appeal by the defendant from a judgment of the Supreme Court, Kings County (Gary, J.), rendered June 2, 1997, convicting him of burglary in the first degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

Viewing the evidence in the light most favorable to the prosecution (*see, People v Contes,* 60 NY2d 620), we find that it was legally sufficient to support the conviction. Moreover, upon the exercise of our factual review power, we are satisfied that the verdict was not against the weight of the evidence (*see,* CPL 470.15 [5]).

The defendant's remaining contentions are without merit. Thompson, J. P., Altman, Feuerstein and Schmidt, JJ., concur.